1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**MICHAEL J. PHILLIPS,**                          Case No. 2:13-cv-2431-EFB P

12
                                        Plaintiff,   [~~PROPOSED~~] **ORDER GRANTING**
13                                                   **DEFENDANTS' REQUEST TO TAKE**
                                                     **PLAINTIFF'S DEPOSITION BY**
14              v.                                   **VIDEOCONFERENCE**

15   **DOCTOR NEWMAN, et al.,**

16                                      Defendants.

17

18          Defendants have moved to take the deposition of Plaintiff Michael Phillips (F-49039) by

19   videoconference. For good cause shown, IT IS ORDERED that Defendants' request is

20   GRANTED.  Defendant may conduct Plaintiff's deposition by videoconference.  Nothing in this

21   Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video

22   conferencing equipment if it is not already available.

23   Dated:  June 30, 2014.

24

25                                      EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28