UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PHILLIPS,<br><br>                    Plaintiff,<br><br>           v.<br><br>DOCTOR NEWMAN, et al.,<br><br>                    Defendants. | No.  2:13-cv-2431-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On October 17, 2014, defendants Newman and Renolo filed a motion for summary judgment and informed plaintiff of the requirements for opposing a motion for summary judgment. *See* Fed. R. Civ. P. 56; *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998). Plaintiff failed to file an opposition or a statement of no opposition to the motion.

On December 2, 2014, the court granted plaintiff 21 days within which to respond to defendants' motion and warned plaintiff that failure to respond to the motion could result in dismissal of this action. *See* Fed. R. Civ. P. 41(b). In response to that order, plaintiff requested a stay until February 1, 2015, to file his response. ECF No. 23.  That request, now moot, is denied.

/////

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. E.D. Cal. Local Rules, Appx. A, at (k).

1

1    The court will grant plaintiff one final opportunity to respond to defendants' motion. Plaintiff has now had ample time to prepare and file a response, and the court is not inclined to extend the time further.

   Accordingly, it is hereby ORDERED that, plaintiff's motion to stay (ECF No. 23) is denied as moot, and within 21 days of the date of this order, plaintiff shall file either an opposition to the motion or a statement of no opposition. Failure to comply with this order may result in dismissal of this action without prejudice.

DATED: April 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE